**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY SMITH,

               Plaintiff,

      v.

SIMM ASSOCIATES, INC.,

               Defendant.

NO. C12-4622 TEH

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

     Plaintiff Jerry Smith has requested that the December 10, 2012 case management and related deadlines be continued because he has not yet served Defendant Simm Associates, Inc. Plaintiff filed this case on September 4, 2012, and it is not clear why – over two months later – he has been unable to effect service. The Court will grant a continuance to allow such service to occur but fully expects service to be completed expeditiously. The December 10, 2012 case management conference is CONTINUED to **February 4, 2013, at 1:30 PM**. All related deadlines, including the deadline to file a joint case management conference statement, are continued accordingly.

**IT IS SO ORDERED.**

Dated:   11/15/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT