**EXHIBIT A**

## JERRY SMITH V. SIMM ASSOCIATES, INC.

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| **Douglas Baek** | **12.8** | **$285** | **$3,648.00** |
| **Jessica Pascale** | **4.3** | **$285** | **$1,225.50** |
| **Mahadhi Corzano** | **3.6** | **$285** | **$1,026.00** |
| **Paralegal** | **1.5** | **$140** | **$210.00** |

        **TOTAL ATTORNEYS' FEES:**    **$6,109.50**

        **COSTS:**    **+ $385.00**
                                        _____

        **TOTAL:**    **$6,494.50**

**Smith, Jerry v. Simm Associates, Inc**
Matter ID: CA0342F12TK

| Date | Timekeeper | Description | Time (hrs) |
|---|---|---|---|
| Thu Mar 21,2013 | Douglas Baek | Reviewed and revised Motion; filed same; Baek, Douglas / Attorney | 0.80 |
| Thu Mar 21,2013 | Douglas Baek | Prepared Motion for Default Judgment; prepared all exhibits and declarations in support of same; Baek, Douglas / Attorney | 1.50 |
| Wed Mar 20,2013 | Douglas Baek | Reviewed statement of services; redacted privileged content; Baek, Douglas / Attorney | 0.30 |
| Mon Mar 11,2013 | Jessica Pascale | Attended telephonic Case Management Conference with Court; Pascale, Jessica / Attorney | 0.10 |
| Wed Mar 6,2013 | Douglas Baek | Received ECF notice of default entered against Defendant by Clerk; Baek, Douglas / Attorney | 0.10 |
| Tue Mar 5,2013 | Jessica Pascale | Reviewed the Judge's standing Order and the local rules; reviewed Plaintiff's Complaint and Defendant's Answer; prepared FRCP 26(f) Scheduling Report and e-mailed to defense counsel for approval before filing; Pascale, Jessica / Attorney | 0.30 |
| Fri Mar 1,2013 | Douglas Baek | Received ECF notice of filed Request for Entry of Default; diaried default motion deadlines; Baek, Douglas / Attorney | 0.20 |
| Fri Mar 1,2013 | Jessica Pascale | Prepared and filed Request for Clerk's Entry of Default, with request to vacate future court dates; Pascale, Jessica / Attorney | 1.50 |
| Fri Feb 22,2013 | Douglas Baek | Received ECF notice of executed proof of service filed; diaried deadlines for default proceedings; Baek, Douglas / Attorney | 0.10 |
| Fri Feb 22,2013 | Moira Roth | Filed executed Proof of Service with Court; Roth, Moira / Paralegal | 0.20 |
| Fri Feb 15,2013 | Jessica Pascale | Received ECF notice granting telephonic appearance at CMC; saved to file; Pascale, Jessica / Attorney | 0.20 |
| Thu Feb 14,2013 | Jessica Pascale | Prepared request to appear telephonically at CMC; filed same; Pascale, Jessica / Attorney | 0.30 |
| Mon Feb 4,2013 | Moira Roth | Served Summons (issued 11-16-12) & Complaint, Motion to Reinstate, and Order setting CMC by Process Server; Roth, Moira / Paralegal | 0.30 |
| Fri Feb 1,2013 | Douglas Baek | Received order setting CMC on 3-11-2013; diaried deadlines accordingly; Baek, Douglas / Attorney | 0.20 |
| Wed Jan 30,2013 | Douglas Baek | Received ECF notice of filed Motion to Reopen case due to Defendant's failure to pay; Baek, Douglas / Attorney | 0.10 |
| Wed Jan 30,2013 | Moira Roth | Mail served Motion to Reinstate; Roth, Moira / Paralegal | 0.10 |
| Tue Jan 29,2013 | Jessica Pascale | Filed Motion to Reinstate Case due to Defendant's failure to pay Settlement; Pascale, Jessica / Attorney | 0.20 |
| Thu Jan 24,2013 | Jessica Pascale | Reviewed order vacating case; Prepared motion to reinstate case and exhibits; Pascale, Jessica / Attorney | 0.50 |
| Thu Jan 10,2013 | Douglas Baek | Received email from opposing counsel stating Defendant will not pay settlement; Baek, Douglas / Attorney | 0.10 |
| Wed Dec 12,2012 | Douglas Baek | Received and approved new Release to be sent to client; Baek, Douglas / Attorney | 0.20 |
| Tue Dec 11,2012 | Douglas Baek | Received 90 day dismissal order; diaried same; Baek, Douglas / Attorney | 0.30 |

| Date | Person / Description | Hours |
|---|---|---|
| Mon Dec 10,2012 | Douglas Baek<br>Prepared and filed Notice of Settlement; Baek, Douglas / Attorney | 0.20 |
| Tue Dec 4,2012 | Douglas Baek<br>Received new settlement offer; discussed same with client; received settlement authority; settled case; Baek, Douglas / Attorney | 0.50 |
| Mon Nov 19,2012 | Moira Roth<br>Served Complaint and Order resetting CMC on Defendant by Process Server; Roth, Moira / Paralegal | 0.20 |
| Fri Nov 16,2012 | Douglas Baek<br>Received ECF notice of Order continuing CMC; confirmed dates were reset accordingly; Baek, Douglas / Attorney | 0.20 |
| Fri Nov 16,2012 | Douglas Baek<br>Received ECF notice of filed Certification of Interested Parties for Plaintiff; Baek, Douglas / Attorney | 0.10 |
| Fri Nov 16,2012 | Douglas Baek<br>Received ECF notice of Summons issued; diaried for service of Complaint and Order setting CMC on Defendant; Baek, Douglas / Attorney | 0.20 |
| Fri Nov 16,2012 | Jessica Pascale<br>Filed Notice of Interested Parties; Pascale, Jessica / Attorney | 0.20 |
| Fri Nov 16,2012 | Moira Roth<br>Filed Notice of Appearance for Jessica Pascale; Roth, Moira / Paralegal | 0.20 |
| Thu Nov 15,2012 | Moira Roth<br>Mailed Summons to court for filing; Roth, Moira / Paralegal | 0.20 |
| Thu Nov 15,2012 | Moira Roth<br>Mail served motion to continue on opposing counsel; Roth, Moira / Paralegal | 0.10 |
| Wed Nov 14,2012 | Douglas Baek<br>Sent settlement demand to Defendant; Baek, Douglas / Attorney | 0.10 |
| Wed Nov 14,2012 | Douglas Baek<br>Received ECF notice of filed motion to continue CMC until after service of Complaint; Baek, Douglas / Attorney | 0.10 |
| Wed Nov 14,2012 | Jessica Pascale<br>Filed Motion to continue CMC and Deadlines; Pascale, Jessica / Attorney | 0.50 |
| Wed Nov 14,2012 | Jessica Pascale<br>Prepared ADR certification and sent to client for signature; Pascale, Jessica / Attorney | 0.30 |
| Tue Oct 9,2012 | Douglas Baek<br>Received ECF notice resetting CMC as case reassigned to district judge; diaried new deadlines; Baek, Douglas / Attorney | 0.20 |
| Fri Oct 5,2012 | Douglas Baek<br>Received ECF notice of Order assigning case to District Judge Henderson; update same in Amicus; Baek, Douglas / Attorney | 0.20 |
| Fri Oct 5,2012 | Douglas Baek<br>Received ECF notice of Order regarding pending reassignment to district judge; Baek, Douglas / Attorney | 0.20 |
| Thu Oct 4,2012 | Douglas Baek<br>Received ECF notice of filed Declination to proceed with Magistrate; Baek, Douglas / Attorney | 0.10 |
| Tue Oct 2,2012 | Jessica Pascale<br>Prepared and filed Decliniation to Proceed Before Magistrate; Pascale, Jessica / Attorney | 0.20 |
| Wed Sep 19,2012 | Douglas Baek<br>Received ECF notice of Order requiring declination of Magistrate be filed by 10-2-2012; diaried same; Baek, Douglas / Attorney | 0.20 |
| Wed Sep 12,2012 | Douglas Baek<br>Received ECF notice of Order setting CMC with other related deadlines; diaried same; Baek, Douglas / Attorney | 0.20 |
| Thu Sep 6,2012 | Douglas Baek<br>Received call from client regarding status of case; discussed same; Baek, Douglas / Attorney | 0.30 |
| Tue Sep 4,2012 | Douglas Baek<br>Received ECF confirmation of Complaint filed; Baek, Douglas / Attorney | 0.10 |
| Tue Sep 4,2012 | Moira Roth<br>Submitted all initiating documents to be filed with the Court; Roth, Moira / Paralegal | 0.20 |
| Mon Aug 6,2012 | Douglas Baek | 0.80 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | Revised Complaint and prepared exhibit for Complaint; prepared all initiating documents to be filed with Complaint; Baek, Douglas / Attorney | |
| Wed Aug 1,2012 | Douglas Baek | Discussed status of case with client and Defendant's repudiation of agreement; client authorized to proceed with filing; Baek, Douglas / Attorney | 0.70 |
| Tue Jul 31,2012 | Douglas Baek | Left message for client and sent email to discuss status of Defendant and affect on settlement; Baek, Douglas / Attorney | 0.10 |
| Thu Jul 26,2012 | Douglas Baek | Defendant refused to pay settlement so case has been reopened; Baek, Douglas / Attorney | 0.20 |
| Tue Jul 24,2012 | Douglas Baek | Reviewed file for status of check; emailed opposing counsel regarding the same; Baek, Douglas / | 0.10 |
| Tue Jul 17,2012 | Douglas Baek | Received email from opposing counsel confirming he has all documents necessary to issue check; he will email once check has been sent; Baek, Douglas / Attorney | 0.10 |
| Mon Jul 16,2012 | Douglas Baek | Emailed opposing counsel regarding status of first settlement check; Baek, Douglas / Attorney | 0.10 |
| Mon Jun 11,2012 | Douglas Baek | Confirmed Defendant agrees to changes made in Release; sent finalized Release to client to execute; Baek, Douglas / Attorney | 0.20 |
| Thu Jun 7,2012 | Douglas Baek | Received draft Release from Defendant; discussed revisions needed; revised and finalized same; Baek, Douglas / Attorney | 0.40 |
| Thu May 31,2012 | Douglas Baek | Sent settlement confirmation email to client and opposing counsel with settlement terms; closed file internally; Baek, Douglas / Attorney | 0.20 |
| Thu May 31,2012 | Douglas Baek | Received counter-offer; discussed offer with client; received settlement authority; settled case; Baek, Douglas / Attorney | 0.20 |
| Wed May 23,2012 | Mahadhi Corzano | Received and reviewed offer by Defendant to settle the case pre-suit; Reviewed case to compare offer to work done on the case and noted to file; Corzano, Mahadhi / Attorney | 0.50 |
| Fri May 18,2012 | Mahadhi Corzano | Discussed offer with client; discussed making counter-demand with client; made counter-demand; Corzano, Mahadhi / Attorney | 0.30 |
| Thu May 17,2012 | Mahadhi Corzano | Received counter-offer from Defendant; Corzano, Mahadhi / Attorney | 0.10 |
| Wed May 16,2012 | Mahadhi Corzano | Prepared and sent counter demand to settle case pre-suit; Corzano, Mahadhi / Attorney | 0.20 |
| Wed May 16,2012 | Mahadhi Corzano | Received return call from client; discussed offer with client; discussed advantages of settling case early; received settlement authority from client; Corzano, Mahadhi / Attorney | 0.50 |
| Fri May 4,2012 | Mahadhi Corzano | Called client and left message to discuss offer received; Corzano, Mahadhi / Attorney | 0.10 |
| Fri May 4,2012 | Mahadhi Corzano | Received offer from Defendant; Corzano, Mahadhi / Attorney | 0.10 |
| Fri Apr 13,2012 | Mahadhi Corzano | Reviewed case in preparation of drafting pre-suit demand; Researched database and internet to find out to whom and where to send demand; Prepared and sent pre-suit demand to defendant; Corzano, Mahadhi / Attorney | 0.20 |
| Fri Apr 13,2012 | Mahadhi Corzano | Prepared initial draft of Complaint: reviewed client's file in preparation for drafting Complaint; reviewed FDCPA and RFDCPA to determine appropriate violations; drafted introduction, jurisdiction and venue, and party sections of Complaint; drafted FDCPA section of Complaint; drafted RFDCPA section of Complaint; prepared verification; revised and finalized Complaint; drafted correspondence to Client with instructions regarding reviewing and signing verification and e-mailed Complaint to Client for review and signature; Corzano, Mahadhi / Attorney | 1.60 |
| Tue Apr 10,2012 | Douglas Baek | Interviewed with client regarding case facts; prepared memo to file on counts for complaint; | 1.50 |

| | | |
|---|---|---|
| | researched applicable state/federal statute to determine venue and possible state and federal counts; Baek, Douglas / Attorney | |
| Mon Apr 9,2012 | Douglas Baek | 0.60 |
| | Opened file in database; discussed with associate and drafted factual summary; prepared outline of linked tasks for new case; prepared Amicus precedents to track case; Baek, Douglas / Attorney | |
| Fri Apr 6,2012 | Douglas Baek | 0.80 |
| | Received Inquiry from client; set up consultation with client; researched into Defendant's business and checked viability of same; Baek, Douglas / Attorney | |
| | **Total Time(hrs):** | **22.20** |

CAND-ECF-Person Address                                                             Page 1 of 1

**Full docket text for document 1:**
COMPLAINT; No Process Issued against Simm Associates, Inc. (Filing fee $ 350.00, receipt number 34611078189). Filed by Jerry Smith. (Attachments: # (1) Civil Cover Sheet) (gba, COURT STAFF) (Filed on 9/4/2012)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/21/2013 10:32:50 | | | |
| PACER Login: | km0155 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 3:12-cv-04622-TEH |
| Billable Pages: | 1 | Cost: | 0.10 |

Case3:12-cv-04622-TEH Document19 Filed02/22/13 Page2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-04622-TEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    SIMM ASSOCIATES INC
was received by me on *(date)*    02/05/2013

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    STEVE CASSIDY _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*    CSC LAWYERS
AGENT FOR SERVICE OF PROCESS    on *(date)*    02/05/2013    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $    35.00    for travel and $ _____ for services, for a total of $    35.00

I declare under penalty of perjury that this information is true.

Date:    02/06/2013          *[signature]*
                                                         *Server's signature*

MIKE HYLAN, RPS# 02-03 NEVADA COUNTY
*Printed name and title*

AFFORDABLE LEGAL SERVICE
578 SUTTON WAY, PMB# 294, GRASS VALLEY, CA 95945
530-272-5463
*Server's address*

Additional information regarding attempted service, etc: