Douglas S. Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
Tel: (323) 988-2400 ext. 244
Fax: (866) 829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff,
JERRY SMITH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JERRY SMITH, | Case No.: 3:12-cv-04622-TEH |
| Plaintiff, | **DECLARATION OF DOUGLAS BAEK** |
| v. | **IN SUPPORT OF PLAINTIFF'S** |
| | **MOTION FOR ATTORNEY'S FEES** |
| SIMM ASSOCIATES, INC., | **AND COSTS** |
| Defendant. | |

I, Douglas Baek, declare and state as follows:

1. I, Douglas Baek, am an attorney at law, licensed to practice in the State of California.

2. I am an associate at the law firm of Krohn & Moss, Ltd., attorneys of record for Plaintiff, JERRY SIMTH ("Plaintiff").

3. I joined Krohn & Moss in 2010, and concentrate my practice in the Fair Debt Collection Practices Act (FDCPA) and related California and other state consumer protection statutes.  I received my Bachelor of Arts degree in Political Science (with a minor in Criminology, Law & Society) from the University of California, Irvine in 2005. I later earned my Juris Doctor degree from Southwestern Law School in Los Angeles, California in 2008.  I am an active member of the California State Bar, since 2008.

4. I am also admitted and active to practice in the following district courts:

    U.S. District Court – Central District of California
    U.S. District Court – Southern District of California
    U.S. District Court – Northern District of California
    U.S. District Court – Eastern District of California
    U.S. District Court – Western District of Arkansas
    U.S. District Court – Eastern District of Arkansas
    U.S. District Court – District of Colorado
    U.S. District Court – Northern District of Indiana

- 1 -

U.S. District Court – Southern District of Indiana
U.S. District Court – Western District of Michigan
U.S. District Court – District of Nebraska
U.S. District Court – District of North Dakota
U.S. District Court – Northern District of Florida
U.S. District Court – Northern District of Texas
U.S. District Court – Southern District of Texas
U.S. District Court – Western District of Texas
U.S. District Court – Eastern District of Texas
U.S. District Court – Western District of Wisconsin
U.S. District Court – Eastern District of Wisconsin

5. Most recently, I have been awarded an hourly rate of $285.00 per hour in the following FDCPA case: *Anna Vardanyan v. CMRE Financial Services, Inc.*, Central District of California, Case No. 8:11-cv-01474-JVS-JCG (February 11, 2013). Attorneys Mahadhi Corzano and Jessica Pascale were also awarded the same hourly rate of $285.00 per hour in *Vardanyan*.

6. I am filing this Declaration in support of Plaintiff's Motion for Default Judgment.

7. I have personal knowledge of the facts stated in my Declaration.

8. The facts stated in my Declaration are true to the best of my knowledge.

9. I have reviewed Plaintiff's itemized Statement of Facts attached to Plaintiff's Motion for Default Judgment.

10. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

11. Each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

12. The time entries bearing the name of Mahadhi Corzano and Jessica Pascale are associate attorneys that I supervised when they were previously employed at Krohn & Moss, Ltd.

13. Both Mahadhi Corzano and Jessica Pascale are attorneys who became licensed to practice law in the State of California since 2008.

14. The time entries bearing the name of Moira Roth are time entries for my paralegal that works under my direct supervision.

15. Each of the time entries of Mahadhi Corzano, Jessica Pascale, and Moira Roth truly and accurately reflect the services each person performed representing Plaintiff in this case, and I have confirmed and verified the accuracy of same.

16. All time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd., by entering each entry into a computer database, Amicus Attorney.

17. The time entries recorded in this case were made contemporaneous to the tasks performed.

18. The time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed on March 21, 2013, in Los Angeles, California.

DATED: March 21, 2013          RESPECTFULLY SUBMITTED,

                                                 KROHN & MOSS, LTD.

                                 By: /s/ Douglas S. Baek

                                     Douglas S. Baek
                                     Attorney for Plaintiff,
                                     JERRY SMITH

DECLARATION OF DOUGLAS BAEK