# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY VAUGHN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:11-cv-01819 |
| | § | Judge Nancy F. Atlas |
| ROBERT JAMES & ASSOCIATES, | § | |
| | § | |
| Defendant. | § | |

## FINAL DE~~FAULT~~ ORDER JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(1), default judgment is hereby entered against Defendant, ROBERT JAMES & ASSOCIATES, in the amount of $5093 itemized as follows: $1000 in statutory damages to Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k(a)(2)A); $4093 in attorneys' fees and $410 in filing and service fees pursuant to 15 U.S.C. § 1692(k)(a)(3).

DATED: December 9, 2011

_____
Nancy F. Atlas
United States District Judge