IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY SMITH,

                Plaintiff,

    v.

SIMM ASSOCIATES, INC.,

                Defendant.

NO. C12-4622 TEH

ORDER RE APRIL 29 HEARING

    Plaintiff has moved the Court to vacate the April 29, 2013 hearing on the Motion for Default Judgment or, alternatively, to allow Plaintiff to appear telephonically. The Court DENIES the request to vacate the hearing but GRANTS the request to appear by telephone.

**IT IS SO ORDERED.**

Dated: 4/26/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT