Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JERRY SMITH

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JERRY SMITH, | ) **Case No.:** 3:12-cv-04622-TEH |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **VOLUNTARY DISMISSAL** |
| | ) |
| SIMM ASSOCIATES, INC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, JERRY SMITH, by and through his attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: February 3, 2014                                          KROHN & MOSS, LTD.


                                                                     By:<u>/s/ Ryan Lee, Esq.</u>
                                                                     Ryan Lee, Esq.
                                                                     Attorney for Plaintiff

VOLUNTARY DISMISSAL

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on February 3, 2014, I electronically filed the foregoing Notice of

3

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said

4

Notice was electronically submitted to all parties by the Court's CM/ECF system.

5

6

7

By:     /s/ Ryan Lee, Esq.

8

Ryan Lee, Esq

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VOLUNTARY DISMISSAL